O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARCELO, | NOS. CV 06-03705 CAS (SS) & |
| Petitioner, | CV 08-01328 CAS (SS) |
| v. | **ORDER ADOPTING FINDINGS,** |
| JAMES D. HARTLEY, Acting Warden, | **CONCLUSIONS AND RECOMMENDATIONS** |
| Respondent. | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petitions, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petitions are DENIED and Judgment shall be entered dismissing these actions with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: August 26, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE