JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR MARCELO, | NOS. CV 06-03705 CAS (SS) & |
| Petitioner, | CV 08-01328 CAS (SS) |
| v. | **JUDGMENT** |
| JAMES D. HARTLEY, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned actions are dismissed with prejudice.

DATED: August 26, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE